UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
PETER MILEY, on behalf of himself and those similarly situated,

                Plaintiff,

  vs.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE COMPANY, MONROE TITLE INSURANCE CORPORATION, STEWART INFORMATION SERVICE CORPORATION, AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,

                Defendants.
------------------------------------------------------------------x

Case No. 08 Civ. 1547

      **PLEASE TAKE NOTICE** that Barry R. Ostrager, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

>Barry R. Ostrager, Esq. (bostrager@stblaw.com)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954
>(212) 455-2000 (Telephone)
>(212) 455-2502 (Facsimile)

Dated: New York, New York
February 20, 2008

>SIMPSON THACHER & BARTLETT LLP
>
>By:  s/ Barry R. Ostrager
>
>Barry R. Ostrager
>425 Lexington Avenue
>New York, New York 10017-3954
>Telephone: (212) 455-2000
>Facsimile: (212) 455-2502
>bostrager@stblaw.com
>
>*Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*

2