UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Miley, on behalf of himself and those similarly situated,

              Plaintiff,

      v.

Fidelity National Title Insurance Company, *et al.*,

              Defendants.
---------------------------------------------------------------x

Case No. 08 Civ. 1547

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patrick T. Shilling, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Patrick T. Shilling, Esq. (pshilling@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
      February 21, 2008

                          SIMPSON THACHER & BARTLETT LLP

                          By:  s/ Patrick T. Shilling

                          Patrick T. Shilling
                          425 Lexington Avenue
                          New York, New York 10017-3954
                          Telephone: (212) 455-2000
                          Facsimile: (212) 455-2502
                          pshilling@stblaw.com

                          *Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*