UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
PETER MILEY, :
:
        Plaintiff, :
:
   v. : Case No. 08 Civ. 1547 (KMK)
:
FIDELITY NATIONAL TITLE INSURANCE :
COMPANY, *et al.*, :
        Defendants. :
------------------------------------- :
                                                   x

## **NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that James L. Hallowell, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

      Please add the following to the service list for this proceeding:

        James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, NY 10166
        (212) 351-3804 (Telephone)
        (212) 351-5266 (Facsimile)

Dated: New York, New York
       March 6, 2008

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: <u>s/ James L. Hallowell</u>

                                        James L. Hallowell
                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166-0193
                                        Telephone: (212) 351-4000
                                        Facsimile: (212) 351-4035
                                        jhallowell@gibsondunn.com

                                        Attorney for Defendant
                                        Title Insurance Rate Service Association, Inc.