UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
PETER MILEY, et al,

             Plaintiffs,

   - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

            Defendants.
------------------------------------------------------------------ X

Index No.: 08 CV 1547

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of James I. Serota of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
March 6, 2008

                                  Respectfully submitted,

                                  GREENBERG TRAURIG, LLP

By: /s/ James I. Serota
James I. Serota (JS-6802)
Kenneth Lapatine (KL-3985)
Stephen L. Saxl (SS-1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American*
*Corporation, First American Title Insurance*
*Company of New York, and*
*United General Title Insurance Company*