UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
PETER MILEY, et al,

              Plaintiffs,

   - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

              Defendants.
------------------------------------------------------------------- X

Index No.: 08 CV 1547

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Stephen L. Saxl of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
      March 6, 2008

                                      Respectfully submitted,

                                      GREENBERG TRAURIG, LLP

                                      By: /s/ Stephen L. Saxl
                                      Stephen L. Saxl (SS-1028)
                                      James I. Serota (JS-6802)
                                      Kenneth Lapatine (KL-3985)
                                      GREENBERG TRAURIG, LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      Telephone: (212) 801-9200
                                      Facsimile: (212) 801-6400
                                      saxls@gtlaw.com
                                      serotaj@gtlaw.com
                                      lapatinek@gtlaw.com

                                      *Attorneys for Defendants The First American*
                                      *Corporation, First American Title Insurance*
                                      *Company of New York, and*
                                      *United General Title Insurance Company*