UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
PETER MILEY, et al,

                Plaintiffs,

    - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

                Defendants.
-------------------------------------------------------------------- X

Index No.: 08 CV 1547

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Kenneth Lapatine of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
      March 6, 2008

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Kenneth Lapatine
Kenneth Lapatine (KL-3985)
James I. Serota (JS-6802)
Stephen L. Saxl (SS-1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
lapatinek@gtlaw.com
serotaj@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*