**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services

08-07911

| | |
|---|---|
| PETER MILEY, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED | CASE #: 08 CV 1547<br>COURT: UNITED STATES DISTRICT CC<br>COUNTY: SOUTHERN |
| PLAINTIFF(S), | DFS-SOP#: 08-07911 |

VS.

FIDELITY NATIONAL TITLE INSURANCE CO.,
CHICAGO TITLE INSURANCE CO, TICOR TITLE
INSURANCE CO., FIDELITY NATIONAL
(SEE ATTACHED RIDER FOR CONTINUATION)

DEFENDANT(S).
_____/
SUMMONS IN A CIVIL CASE, SUMMARY OF CLAIMS

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on the 28th day of February, 2008 and a copy was forwarded by Certified Mail on the 3rd day of March, 2008 to the designated agent for the named entity as shown below.

```
TICOR TITLE INSURANCE COMPANY
DONNA MOCH   (donna.moch@wolterskluwer.com)
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324
```

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*
Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

LEE SQUITIERL
32 EAST 57TH STREET
12TH FLOOR
NEW YORK NY 10022

AJ1