**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PETER MILEY, on behalf<br>of himself and those similarly situated, | **"ECF CASE"** |
| Plaintiffs, | 08 cv 1547-UA |
| vs. |  |
| FIDELITY NATIONAL TITLE INSURANCE<br>COMPANY, CHICAGO TITLE INSURANCE<br>COMPANY, TICOR TITLE INSURANCE<br>COMPANY, FIDELITY NATIONAL<br>FINANCE, INC., FIRST AMERICAN TITLE<br>INSURANCE COMPANY OF NEW YORK,<br>UNITED GENERAL TITLE INSURANCE<br>COMPANY, FIRST AMERICAN<br>CORPORATION, COMMONWEALTH LAND<br>TITLE INSURANCE COMPANY, LAWYERS<br>TITLE INSURANCE CORPORATION,<br>LANDAMERICA FINANCIAL GROUP, INC.,<br>STEWART TITLE INSURANCE COMPANY,<br>MONROE TITLE INSURANCE<br>CORPORATION, STEWART INFORMATION<br>SERVICES CORPORATION, AND TITLE<br>INSURANCE RATE SERVICE<br>ASSOCIATION, INC., |  |
| Defendants. |  |

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, and to enable the Judges and

Magistrates of the Court to evaluate possible disqualification or recusal, Defendant LandAmerica

Financial Group, Inc. states that it is a publicly traded corporation. Based on the information

presently available to Defendant LandAmerica Financial Group, Inc., no publicly held

corporation owns 10% or more of LandAmerica Financial Group, Inc.'s stock.

7842483.1

Defendant Commonwealth Land Title Insurance Company states that it is a primary

subsidiary of LandAmerica Financial Group, Inc.

Defendant Lawyers Title Insurance Corporation states that it is a primary subsidiary of

LandAmerica Financial Group, Inc.


Dated:  New York, New York
        March 13, 2008

                                    By:  /s/ David P. Langlois
                                    David P. Langlois (DL 2319)
                                    SUTHERLAND ASBILL & BRENNAN LLP
                                    1114 Avenue of the Americas, 40th Floor
                                    New York, New York 10036
                                    Telephone: (212) 389-5000
                                    Facsimile:  (212) 389-5099
                                    david.langlois@sablaw.com

                                    *Attorney for Defendants Commonwealth
                                    Land Title Insurance Company, Lawyers
                                    Title Insurance Corporation and
                                    LandAmerica Financial Group, Inc.*

7842483.1