Mark A. Robertson
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone:  212-318-3000
Telecopier:  212-318-3400

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
PETER MILEY, on behalf                          :    08 CV 1547 (KMK)
of himself and all others similarly situated,   :
                                                :    **NOTICE OF APPEARANCE**
                       Plaintiffs,              :
                                                :
         - against -                            :
                                                :
FIDELITY NATIONAL TITLE INSURANCE,              :
COMPANY, et al.,                                :
                                                :
                       Defendants.              :
------------------------------------------------------------------x

    Mark A. Robertson appears as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.  The clerk of courts is requested to note this appearance on the court's docket and to forward all entries, orders, notices, and other court documents in this proceeding to the undersigned.

80161388.1

Dated: March 14, 2008
      New York, New York

                Respectfully submitted by:

                FULBRIGHT & JAWORSKI L.L.P.

                By: _____
                Mark A. Robertson
                Fulbright & Jaworski L.L.P.
                666 Fifth Avenue
                New York, New York 10103
                Telephone: 212-318-3000
                Facsimile: 212-318-3400
                E-mail: mrobertson@fulbright.com
                *Counsel for Stewart Title Insurance Company,*
                *Monroe Title Insurance Corporation and*
                *Stewart Information Services Corporation*

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of this Notice of Appearance was served on March 14th, 2008, by United States Mail, return receipt requested on the following::

| | |
|---|---|
| Lee Squitieri, Esq.<br>Squitieri & Fearon, LLP<br>32 East 57th Street, 12th Floor<br>New York, New York 10022 | Jamie I. Serota, Esq.<br>Greenberg Traurig, LLP<br>Met Life Building<br>200 Park Avenue<br>New York, New York 10166-0193 |
| Kenneth A. Wexler, ESq.<br>Edward A. Wallace, Esq.<br>Amber M. Nesbitt, Esq.<br>Wexler Toriseva Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, Illinois 60603 | John Herfort, Esq.<br>James L. Hallowell, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166-0193 |
| Kevin J. Arquit, Esq.<br>Barry R. Ostrager, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954 | Phillip E. Stano, Esq.<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2415 |

                                              _____
                                              Mark A. Robertson