UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PETER MILEY, on behalf of himself )
and those similarly situated
 )
                              Plaintiff )

-vs- )

FIDELITY NATIONAL TITLE )
INSURANCE CO., CHICAGO TITLE
INSURANCE CO., TICOR TITLE )
INSURANCE CO., FIDELITY
NATIONAL FINANCE, INC., FIRST )
AMERICAN TITLE INSURANCE CO.
OF NEW YORK, UNITED GENERAL )
TITLE INSURANCE CO., FIRST
AMERICAN CORP., )
COMMONWEALTH LAND TITLE
INSURANCE CO., LAWYERS TITLE )
INSURANCE CORP., LANDAMERICA
FINANCIAL GROUP, INC., STEWART )    08 CV 1547
TITLE INSURANCE CO., MONROE        RETURN OF AUTHORIZED SERVICE
TITLE INSURANCE CORP., )
STEWART INFORMATION SERVICE     Summons in a Civil Case, Rider to Summons, Class
CORP., TITLE INSURANCE RATE )   Action Complaint and Jury Demand
SERVICE ASSOCIATION, INC.
 )

                          Defendant )

Received by 1-800-SERVE-EM on February 25, 2008 at 2:17 PM to be served on Ticor Title Insurance Co., c/o Chief Financial Officer - Registered Agent, 200 E. Gaines Street Tallahassee, FL 32399.

I, Chris J. Colson, who being duly sworn, depose and say that on February 28, 2008 at 10:50 AM , I:

Served Ticor Title Insurance Co. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Ticor Title Insurance Co., authorized to accept service at Chief Financial Officer of Florida, pursuant to F.S. 48.151(3) c/o Lula Kellly, Service Clerk Tallahassee, FL 32399.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

_____
Chris J. Colson
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267296
Reference: 2082-000

