UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) |
| | ) |
| Plaintiff | ) |
| -vs- | ) |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) 08 CV 1547 ) RETURN OF AUTHORIZED SERVICE ) Summons in a Civil Case, Rider to Summons, Class ) Action Complaint and Jury Demand ) ) ) ) ) ) ) |
| Defendant | ) |

Received by 1-800-SERVE-EM on February 25, 2008 at 11:45 AM to be served on Fidelity National Title Insurance Co., c/o Chief Financial Officer - Registered Agent, 200 E. Gaines Street Tallahassee, FL 32399.

I, Chris J. Colson, who being duly sworn, depose and say that on February 28, 2008 at 10:50 AM , I:

Served Fidelity National Title Insurance Co. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Fidelity National Title Insurance Co., authorized to accept service at Chief Financial Officer of Florida, pursuant to F.S. 48.151(3) c/o Lula Kellly, Service Clerk Tallahassee, FL 32399.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Chris J. Colson
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267203
Reference: 2082-000

1-800-SERVE-EM
Airport Process. Inc

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) | 08 CV 1547 RETURN OF AUTHORIZED SERVICE Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

Received by 1-800-SERVE-EM on February 25, 2008 at 2:18 PM to be served on Chicago Title Insurance Co., c/o Chief Financial Officer - Registered Agent, 200 E. Gaines Street Tallahassee, FL 32399.

I, Chris J. Colson, who being duly sworn, depose and say that on February 28, 2008 at 10:50 AM , I:

Served Chicago Title Insurance Co. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Chicago Title Insurance Co., authorized to accept service at Chief Financial Officer of Florida, pursuant to F.S. 48.151(3) c/o Lula Kellly, Service Clerk Tallahassee, FL 32399.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

_____

Chris J. Colson
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267269
Reference: 2082-000

**1-800-SERVE-EM**
Airport Process, Inc.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendant | ) |

08 CV 1547
RETURN OF AUTHORIZED SERVICE

Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand

Received by 1-800-SERVE-EM on February 25, 2008 at 2:17 PM to be served on Ticor Title Insurance Co., c/o Chief Financial Officer - Registered Agent, 200 E. Gaines Street Tallahassee, FL 32399.

I, Chris J. Colson, who being duly sworn, depose and say that on February 28, 2008 at 10:50 AM , I:

Served Ticor Title Insurance Co. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Ticor Title Insurance Co., authorized to accept service at Chief Financial Officer of Florida, pursuant to F.S. 48.151(3) c/o Lula Kellly, Service Clerk Tallahassee, FL 32399.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Chris J. Colson
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267296
Reference: 2082-000



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 08 CV 1547 RETURN OF AUTHORIZED SERVICE<br><br>Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand |
| Defendant | ) | |

Received by 1-800-SERVE-EM on February 25, 2008 at 11:47 AM to be served on Fidelity National Finance, Inc., c/o CT Corporation System - Registered Agent, 1200 S. Pine Road Plantation, FL 33324.

I, Frances E. Dixon Broward County Process Server #620, who being duly sworn, depose and say that on March 4, 2008 at 2:40 PM , I:

Served Fidelity National Finance, Inc. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Donna Moch, authorized to accept service at c/o CT Corporation System - Registered Agent, 1200 S. Pine Road Plantation, FL 33324.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Frances E. Dixon Broward County Process Server
#620

1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267356
Reference: 2082-000

1-800-SERVE-EM

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) **08 CV 1547** **RETURN OF AUTHORIZED SERVICE** Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand ) ) ) ) ) ) ) ) ) |
| Defendant | ) |

Received by 1-800-SERVE-EM on February 25, 2008 at 11:49 AM to be served on Commonwealth Land
Title Insurance Co., c/o Anna M. King, Registered Agent, 5600 Cox Road Glen Allen, VA 23060.

I, James E. Cogle, who being duly sworn, depose and say that on February 26, 2008 at 1:25 PM , I:

Served Commonwealth Land Title Insurance Co. by delivering a true copy of the Summons in a Civil Case,
Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed
thereon by me, to Michael D. Beverly, authorized to accept service at c/o Anna M. King, Registered Agent,
5600 Cox Road Glen Allen, VA 23060.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the
county in which the process was served.

Signed before me this 21ˢᵗ day of April, 2008
My Commission expires Aug. 31. 2011

_(notary signature)_
Notary
Reg.# 7144905

_(signature)_ James E. Cogle

James E. Cogle

1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267701

 LandAmerica

LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060
Phone 804-267-8000

September 5, 2007

Deputy Sheriff
County of Henrico
Sheriff's Office
Henrico County, Virginia

As Registered Agent for the following companies:  Lawyers Title Insurance Corporation,
Commonwealth Land Title Insurance Company, Title Insurance Company of America and
Transnation Title Insurance Company, I am agreeable to your serving legal documents on any of
the following in those instances in which I am absent from the office:

|                          |          |
| ------------------------ | -------- |
| Pamela B. Beckner        | 267-8767 |
| Michael D. Beverly       | 267-8183 |
| Michelle H. Gluck        | 267-8383 |
| Wm. Chadwick Perrine     | 267-8317 |
| John P. Rapp             | 267-8642 |
| Holly H. Wenger          | 267-8426 |
| David B. Zoffer          | 267-2222 |

Very truly yours,

Anna M. King
Vice President, Corporate Counsel, and Secretary
267-8414

**STATE OF VIRGINIA**

**COUNTY OF HENRICO**

The foregoing instrument was acknowledged before me this 5th day of September, by
Anna M. King, Vice President, Corporate Counsel, and Secretary of the above named companies
on behalf of the Corporation.

Notary Public

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 08 CV 1547 RETURN OF AUTHORIZED SERVICE  Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand |
| Defendant | ) | |

Received by 1-800-SERVE-EM on February 25, 2008 at 2:25 PM to be served on Lawyers Title Insurance Corp, c/o Anna M. King, Registered Agent, 5600 Cox Road Glen Allen, VA 23060.

I, James E. Cogle, who being duly sworn, depose and say that on February 26, 2008 at 1:25 PM , I:

Served Lawyers Title Insurance Corp by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Michael D. Beverly, authorized to accept service at c/o Anna M. King, Registered Agent, 5600 Cox Road Glen Allen, VA 23060.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Signed before me this 21st April, 2008.
My commission expires Aug. 31, 2011

April M Wilson
Notary
Reg # 7144763

James E. Cogle
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267801

 **LandAmerica**

LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060
Phone 804-267-8000

September 5, 2007

Deputy Sheriff
County of Henrico
Sheriff's Office
Henrico County, Virginia

As Registered Agent for the following companies:  Lawyers Title Insurance Corporation,
Commonwealth Land Title Insurance Company, Title Insurance Company of America and
Transnation Title Insurance Company, I am agreeable to your serving legal documents on any of
the following in those instances in which I am absent from the office:

| | |
|---|---|
| Pamela B. Beckner | 267-8767 |
| Michael D. Beverly | 267-8183 |
| Michelle H. Gluck | 267-8383 |
| Wm. Chadwick Perrine | 267-8317 |
| John P. Rapp | 267-8642 |
| Holly H. Wenger | 267-8426 |
| David B. Zoffer | 267-2222 |

Very truly yours,

Anna M. King
Vice President, Corporate Counsel, and Secretary
267-8414

**STATE OF VIRGINIA**

**COUNTY OF HENRICO**

The foregoing instrument was acknowledged before me this 5th day of September, by
Anna M. King, Vice President, Corporate Counsel, and Secretary of the above named companies
on behalf of the Corporation.

Notary Public

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) 08 CV 1547 ) RETURN OF AUTHORIZED SERVICE ) ) Summons in a Civil Case, Rider to Summons, Class ) Action Complaint and Jury Demand ) ) ) ) ) ) ) ) ) |
| Defendant | ) |

Received by 1-800-SERVE-EM on February 25, 2008 at 11:50 AM to be served on LandAmerica Financial Group, Inc., c/o Michelle H. Gluck, Registered Agent, 5600 Cox Road Glen Allen, VA 23060.

I, James E. Cogle, who being duly sworn, depose and say that on February 26, 2008 at 1:25 PM , I:

Served LandAmerica Financial Group, Inc. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Michael D. Beverly, authorized to accept service at c/o Michelle H. Gluck, Registered Agent, 5600 Cox Road Glen Allen, VA 23060.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Signed before me this 21st day of April, 2008.

Avril M Wilson
Notary    My commission
expires Aug. 31, 2011
Reg. #
7144763

James E. Cogle
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267827

 **LandAmerica**

LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060
Phone 804-267-8000

September 5, 2007

Deputy Sheriff
County of Henrico
Sheriff's Office
Henrico County, Virginia

As Registered Agent for the following companies: Lawyers Title Insurance Corporation,
Commonwealth Land Title Insurance Company, Title Insurance Company of America and
Transnation Title Insurance Company, I am agreeable to your serving legal documents on any of
the following in those instances in which I am absent from the office:

|                        |          |
|------------------------|----------|
| Pamela B. Beckner      | 267-8767 |
| Michael D. Beverly     | 267-8183 |
| Michelle H. Gluck      | 267-8383 |
| Wm. Chadwick Perrine   | 267-8317 |
| John P. Rapp           | 267-8642 |
| Holly H. Wenger        | 267-8426 |
| David B. Zoffer        | 267-2222 |

Very truly yours,

Anna M. King
Vice President, Corporate Counsel, and Secretary
267-8414

STATE OF VIRGINIA

COUNTY OF HENRICO

The foregoing instrument was acknowledged before me this 5th day of September, by
Anna M. King, Vice President, Corporate Counsel, and Secretary of the above named companies
on behalf of the Corporation.

Notary Public

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendant | ) |

08 CV 1547
RETURN OF AUTHORIZED SERVICE

Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand

Received by 1-800-SERVE-EM on February 25, 2008 at 11:51 AM to be served on Stewart Title Insurance Co., c/o Sue M. Pizzitola, Registered Agent, 1980 Post Oak Boulevard, Suite 800 Houston, TX 77056.

I, Elwin Stuart, who being duly sworn, depose and say that on February 26, 2008 at 1:50 PM , I:

Served Stewart Title Insurance Co. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Sue M. Pizzitola, Registered Agent, authorized to accept service at 1980 Post Oak Boulevard, Suite 800 Houston, TX 77056.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

*Elwin Stuart*

Elwin Stuart
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008267928
Reference: 2082-000

1-800-SERVE-EM

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 08 CV 1547 RETURN OF AUTHORIZED SERVICE Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand |
| Defendant | ) | |

Received by 1-800-SERVE-EM on February 25, 2008 at 11:51 AM to be served on Monroe Title Insurance Corp., c/o Thomas Podsiadilo, Registered Agent, 47 W. Main Street Rochester, NY 14614.

I, , who being duly sworn, depose and say that on February 27, 2008 at 11:00 AM , I:

Served Monroe Title Insurance Corp. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to Peter Bryant, Vice President, authorized to accept service at for Thomas Podsiadilo, Registered Agent, 47 W. Main Street Rochester, NY 14614.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008268002
Reference: 2082-000



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PETER MILEY, on behalf of himself                )
and those similarly situated
                                                 )

                                    Plaintiff    )

            -vs-                                 )

FIDELITY NATIONAL TITLE                          )
INSURANCE CO., CHICAGO TITLE
INSURANCE CO., TICOR TITLE                       )
INSURANCE CO., FIDELITY
NATIONAL FINANCE, INC., FIRST                    )
AMERICAN TITLE INSURANCE CO.
OF NEW YORK, UNITED GENERAL                      )
TITLE INSURANCE CO., FIRST
AMERICAN CORP.,                                  )
COMMONWEALTH LAND TITLE
INSURANCE CO., LAWYERS TITLE                     )
INSURANCE CORP., LANDAMERICA
FINANCIAL GROUP, INC., STEWART                   )    08 CV 1547
TITLE INSURANCE CO., MONROE                           RETURN OF AUTHORIZED SERVICE
TITLE INSURANCE CORP.,                           )
STEWART INFORMATION SERVICE                           Summons in a Civil Case, Rider to Summons, Class
CORP., TITLE INSURANCE RATE                      )    Action Complaint and Jury Demand
SERVICE ASSOCIATION, INC.
                                                 )

                                                 )

                                                 )

                                                 )

                                                 )

                                                 )

                                                 )

                                                 )

                                    Defendant )

Received by 1-800-SERVE-EM on February 25, 2008 at 11:52 AM to be served on Stewart Information
Service Corp. , 350 N. St. Paul Street Dallas, TX 75201.

I, Vickie Capers, who being duly sworn, depose and say that on February 27, 2008 at 2:15 PM , I:

Served Stewart Information Service Corp. by delivering a true copy of the Summons in a Civil Case, Rider
to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed
thereon by me, to Shirley Dillon, authorized to accept service at 350 N. St. Paul Street Dallas, TX 75201.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the
county in which the process was served.

Vickie Capers
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008268079
Reference: 2082-000

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETER MILEY, on behalf of himself and those similarly situated | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., TITLE INSURANCE RATE SERVICE ASSOCIATION, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 08 CV 1547 RETURN OF AUTHORIZED SERVICE<br><br>Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand |
| Defendant | ) | |

Received by 1-800-SERVE-EM on February 25, 2008 at 11:52 AM to be served on Title Insurance Rate Service Association, Inc., c/o David Sidikman, Executive Director or any officer or agent authorized to accept service, 370 Lexington Avenue, Suite 704 New York, NY 10017.

I, Alvin Gonzalez, who being duly sworn, depose and say that on February 26, 2008 at 1:35 PM , I:

Served Title Insurance Rate Service Association, Inc. by delivering a true copy of the Summons in a Civil Case, Rider to Summons, Class Action Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to David Sidikman, Executive Director, authorized to accept service at 370 Lexington Avenue, Suite 704 New York, NY 10017.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Alvin Gonzalez

1-800-SERVE-EM
800.737.8336

Job Serial Number: 2008268161
Reference. 2082-000

