UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GERRY GALIANO, on behalf                             :
of himself and those similarly situated,             :
                                                     :
                            Plaintiff,               : Case No. 08 Civ. 01317-KMK
            v.                                       :
                                                     :
FIDELITY NATIONAL TITLE INSURANCE                    :
COMPANY, et al.,                                     :
                            Defendants.              :
------------------------------------------------------------------x

               *and*

------------------------------------------------------------------x
GARY KROMER, MONIQUE KROMER,                         :
JOSEPH AMMIRATI, MICHELLE AMMIRATI,                  :
on behalf of themselves and those similarly situated, :
                                                     :
                            Plaintiff,               : Case No. 08 Civ. 01494-KMK
            v.                                       :
                                                     :
FIDELITY NATIONAL TITLE INSURANCE                    :
COMPANY, et al.,                                     :
                            Defendants.              :
------------------------------------------------------------------x

               *and*

------------------------------------------------------------------x
SUSAN M. MORATTA,                                    :
on behalf of herself and those similarly situated,   :
                                                     :
                            Plaintiff,               : Case No. 08 Civ. 01597-KMK
            v.                                       :
                                                     :
FIDELITY NATIONAL TITLE INSURANCE                    :
COMPANY, et al.,                                     :
                            Defendants.              :
------------------------------------------------------------------x

               *and*

2123 / STIP / 00089625.WPD v1

```
-------------------------------------------------------------x
PETER MILEY,                                                 :
on behalf of himself and those similarly situated,           :
                                                             :
                                      Plaintiff,             : Case No. 08 Civ. 01547-KMK
             v.                                              :
                                                             :
FIDELITY NATIONAL TITLE INSURANCE                            :
COMPANY, et al.,                                             :
                                      Defendants.            :
-------------------------------------------------------------x

                          and

-------------------------------------------------------------x
VINCENT TRULLI,                                              :
on behalf of himself and those similarly situated,           :
                                                             :
                                      Plaintiff,             : Case No. 08 Civ. 01729-KMK
             v.                                              :
                                                             :
FIDELITY NATIONAL TITLE INSURANCE                            :
COMPANY, et al.,                                             :
                                      Defendants.            :
-------------------------------------------------------------x

                          and

-------------------------------------------------------------x
MARTIN MARTINUCCI,                                           :
on behalf of himself and those similarly situated,           :
                                                             :
                                      Plaintiff,             : Case No. 08 Civ. 01644-KMK
             v.                                              :
                                                             :
FIDELITY NATIONAL TITLE INSURANCE                            :
COMPANY, et al.,                                             :
                                      Defendants.            :
-------------------------------------------------------------x
```

**STIPULATION REGARDING CONSOLIDATION AND RULE 12 MOTIONS**

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, in the above-captioned actions, through their undersigned counsel, as follows:

2123 / STIP / 00089625.WPD v1

1) The above-captioned cases shall be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

2) Plaintiffs will file a consolidated amended complaint on or before July 9, 2008;

2) Defendants will file and serve any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure on or before 30 days following the filing of the consolidated amended complaint; *consistent with the Court's Individual Practices;*

3) ~~Any memoranda of law in support thereof shall collectively not exceed 50 pages, provided that if any defendant seeks to present argument specific to itself, any such defendant and its affiliated defendants collectively may file a separate memorandum of law which will not exceed 10 pages;~~ *KmK*

4) ~~Plaintiffs will file and serve any opposition to such motions on or before 26 days following service of Defendants' Rule 12 motions;~~

5) ~~Any memoranda of law in support thereof shall collectively not exceed 50 pages, provided that if any defendant files and serves any memorandum of law specific to itself, Plaintiffs may file additional memoranda of law responsive to such arguments which will each not exceed 10 pages;~~ *KmK*

6) ~~Defendants will file and serve any reply to Plaintiffs' memoranda of law on or before 16 days following service thereof;~~ *KmK*

7) ~~Any memoranda of law in support thereof shall collectively not exceed 25 pages, provided that if a Plaintiffs file and serve any additional memorandum of law specific to any defendant, such defendant and its affiliated defendants collectively may file a separate memorandum of law in reply to such arguments which will each not exceed 5 pages; and~~ *KmK*

8) This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

2123 / STIP / 00089625.WPD v1

Dated: White Plains, New York
      July 3, 2008

                        LOWEY DANNENBERG COHEN & HART, P.C.

                        By: _____
                            Barbara Hart
                            Peter D. St. Phillip, Jr.
                            Vincent Briganti
                       One North Broadway
                       Fifth Floor
                       White Plains, New York 10601
                       Telephone: (914) 997-0500
                       Facsimile: (914) 997-0035
                       bhart@lowey.com
                       pstphillip@lowey.com
                       vbriganti@lowey.com

                       *Attorneys for Plaintiffs, Gerry Galiano, Gary*
                       *Kromer, Monique Kromer, Joseph Ammarati,*
                       *Michelle Ammarati and Susan M. Marotta*


                       WHALEN & TUSA, P.C.



                       BY: _____
                            Joseph S. Tusa
                            Paul C. Whalen
                       33 West 19th Street, Fourth Floor
                       New York, New York 10011
                       Telephone (212) 400-7100
                       Facsimile: (212) 658-9685
                       joseph@whalen-tusa.com
                       paul@whalen-tusa.com

                       *Attorneys for Plaintiff, Vincent Trulli*

2123 / STIP / 00089625.WPD v1

Dated: White Plains, New York
       July __, 2008

                        LOWEY DANNENBERG COHEN & HART, P.C.

                        By:_____
                           Barbara Hart
                           Peter D. St. Phillip, Jr.
                           Vincent Briganti
                        One North Broadway
                        Fifth Floor
                        White Plains, New York 10601
                        Telephone: (914) 997-0500
                        Facsimile: (914) 997-0035
                        bhart@lowey.com
                        pstphillip@lowey.com
                        vbriganti@lowey.com

                        *Attorneys for Plaintiffs, Gerry Galiano, Gary*
                        *Kromer, Monique Kromer, Joseph Ammarati,*
                        *Michelle Ammarati and Susan M. Marotta*


                        WHALEN & TUSA, P.C.

                        BY: _/s/ Joseph S. Tusa_____
                           Joseph S. Tusa
                           Paul C. Whalen
                        33 West 19th Street, Fourth Floor
                        New York, New York 10011
                        Telephone (212) 400-7100
                        Facsimile: (212) 658-9685
                        joseph@whalen-tusa.com
                        paul@whalen-tusa.com

                        *Attorneys for Plaintiff, Vincent Trulli*

2123 / STIP / 00089625.WPD v1

FARUQI & FARUQI, LLP

By: _____
    Antonio Vozzolo
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (212) 983-9300
Facsimile: (212) 983-9331
avozzolo@faruqilaw.com

*Attorneys for Plaintiffs, Stephen J. Phelan, Jonathan Dzedzy, Jaclyn Dzedzy and Michael Martinucci*

SQUITIERI & FEARON, LLP

By: _____
    Lee Squitieri
32 East 57th Street
Twelfth Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com

*Attorneys for Peter Miley*

2123 / STIP / 00089625.WPD v1

FARUQI & FARUQI, LLP

By:_____
    Antonio Vozzolo
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (212) 983-9300
Facsimile: (212) 983-9331
avozzolo@faruqilaw.com

*Attorneys for Plaintiffs, Stephen J. Phelan, Jonathan Dzedzy, Jaclyn Dzedzy and Michael Martinucci*


SQUITIERI & FEARON, LLP

By:_____
    Lee Squitieri
32 East 57th Street
Twelfth Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com

*Attorneys for Peter Miley*

SIMPSON THACHER & BARTLETT LLP

By: /s/ Barry Ostrager
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Ticor Title Insurance Company*

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3304
Facsimile: (212) 318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Information Services Corporation, Stewart Title Insurance Company, and Monroe Title Insurance Corporation*

SIMPSON THACHER & BARTLETT LLP

By: _____
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Ticor Title Insurance Company*

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3304
Facsimile: (212) 318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Information Services Corporation, Stewart Title Insurance Company, and Monroe Title Insurance Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*


GREENBERG TRAURIG, LLP


By: _____
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*

GREENBERG TRAURIG, LLP

By: _____
James L Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ David P. Langlois
David P. Langlois
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile:  (212) 389-5099
david.langlois@sutherland.com

*Attorneys for Defendants LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, and Lawyers Title Insurance Corporation*

SO ORDERED:

/s/ Kenneth M. Karas                Dated: 7/8/08

The Honorable Kenneth M. Karas
United States District Judge